IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERALD RAY BARROW | § | |
|    TDCJ-CID #579954 | § | |
| v. | § | C.A. NO. C-06-383 |
| | § | |
| MRS. MOORE, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of Dismissal, plaintiff's § 1983 claim alleging denial of access to the courts is dismissed with prejudice for failure to state a claim and as frivolous. 28 U.S.C. § § 1915(e)(2)(B)(ii) and 1915A(b)(1). This is a final judgment.

ORDERED this 13th day of November, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE