IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERALD RAY BARROW,     § | | |
|     TDCJ NO. 579954,   § | | |
| V.                                                    § | | C.A. NO. C-06-383 |
|                                             § | | |
| MRS. MOORE, ET AL.              § | | |

## ORDER GRANTING
## MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL
## AND COLLECTION ORDER

Plaintiff-appellant has properly applied to proceed *in forma pauperis* on appeal (D.E. 30). The Court **GRANTS** his motion and **ORDERS** that:

1.    The Clerk shall file the Appellant's notice of appeal without prepayment of the appellate filing fee.

3.    The plaintiff-appellant shall pay **$455.00**, appellate filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

4.    The Texas Department of Criminal Justice -- CID shall deduct 20% of each deposit made to the plaintiff's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00.

5.    The plaintiff-appellant shall sign all consents and other documents required by the agency having custody of plaintiff-appellant to authorize the necessary withdrawal from the plaintiff-appellant's inmate trust account.

6. The Clerk of the Court shall send a copy of this Order to the **Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629 and to TDCJ - Office of the General Counsel, P.O. Box 13084, Capitol Station, Austin, Texas 78711.**

ORDERED this 1st day of December, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE