UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **GERALD RAY BARROW,** | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. C-06-383 |
| | § | |
| **MRS. MOORE, ET AL.,** | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR PREPARATION OF TRANSCRIPT AT PUBLIC EXPENSE

Plaintiff, a prisoner proceeding *pro so* and *in forma pauperis* filed this lawsuit pursuant to 42 U.S.C. § 1983, alleging various constitutional violations. Following an evidentiary hearing, his lawsuit was dismissed as frivolous on November 13, 2006 (D.E. 21, 22). Plaintiff filed notices appealing the dismissal and final judgment (D.E. 31, 43), and has been granted leave to proceed *in forma pauperis* on appeal. Pending is plaintiff's motion for preparation of transcripts at the expense of the United States (D.E. 44). The motion is granted.

There was only one hearing in this case–the evidentiary hearing held on October 18, 2006. The Clerk shall make arrangements for the preparation of a transcript of the hearing at government expense.

ORDERED this 23rd day of March, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE